United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Zumba Fitness, LLC, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 14-62293-Civ-Scola |
| ) | |
| Steven Madden, Ltd., Defendant ) | |

### Order Of Dismissal

    The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Stip. Dismissal With Prejudice, ECF No. 27).  The Court reserves jurisdiction to enforce the parties' settlement agreement.  The Court directs the Clerk to **close** this case.  All pending motions, if any, are **denied** as moot.

    **Done and ordered** in chambers, at Miami, Florida, on March 23, 2015.

Robert N. Scola, Jr.
United States District Judge